UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| | ) |
| Samuel Ortiz-Diaz | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action: 1:12-cv-00726-RCL |
| | ) |
| United States Department of | ) |
| Housing and Urban Development | ) |
| Office of Inspector General, | ) |
| Secretary Ben Carson | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **MOTION FOR STATUS CONFERENCE**

Plaintiff respectfully requests that the Court schedule a status conference in the

above-styled matter at a time which is mutually convenient for all parties.  Plaintiff wishes

to establish deadlines for completion of discovery consistent with the Order of the United

States Court of Appeals for the District of Columbia.  Plaintiff also wishes to set a pre-trial

and trial date.  The Defendant consents to a status conference.

Respectfully submitted,


_____
Eden Brown Gaines #489862
Brown Gaines, LLC
840 First Street, NE
3rd Floor
Washington, DC 20002
Main (202) 248-5040
Fax (301) 542-0032
egaines@browngaines.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion for Status Conference* was served via the ECF system this 30th day of October, 2017 upon the following:

> Alexander Shoaibi
> Assistant United States Attorney
> Civil Division
> 555 Fourth Street, NW
> Washington, DC  20530

_____
Eden Brown Gaines